■ In the Matter of NESTOR MARTINEZ, Petitioner, v CITY OF NEW YORK et al., Respondents. [721 NYS2d 235] —Determination of respondents, dated August 24, 1999, dismissing petitioner from his position as a Supervisor II with respondent City of New York's Administration for Children's Services, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court

by order of the Supreme Court, New York County [Karla Moskowitz, J.], entered February 25, 2000), dismissed, without costs.

The penalty of dismissal for this employee of 14 years, based upon findings of repeated acts of insubordination and disrespectful behavior over a period of more than a year, including an incident which occurred after petitioner was already under a first set of disciplinary charges, does not shock our sense of fairness (*see, Matter of Short v Nassau County Civ. Serv. Commn.*, 45 NY2d 721). Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Wallach and Buckley, JJ.